

FILED
2017 Nov-21  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **DOSTER CONSTRUCTION COMPANY, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 2:17-cv-00725-RDP ) |
| **ABM STUCCO, INC.,** | ) ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Counsel for the parties respectfully provide this Joint Status Report as directed by the Court's October 24, 2017, text Order.

The parties have reached an agreement in principle for settlement of this action. A definitive Settlement Agreement is being drafted, and counsel currently expect to file a Stipulation of Dismissal within thirty (30) days.

/s/ R. Carlton Smyly
R. Carlton Smyly
Attorney for Doster Construction Company, Inc.

OF COUNSEL:
CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
Park Place Tower
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
E-Mail:  rcs@cabaniss.com

{B1006034.1}

        */s/ David G. Wanhatalo*
        David G. Wanhatalo
        Attorney for ABM Stucco, Inc.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 244-5750
E-mail: dwanhatalo@burr.com