UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOSTER CONSTRUCTION COMPANY INC., | } } } |
| Plaintiff, | } } Case No.: 2:17-cv-00725-RDP |
| v. | } } |
| ABM STUCCO INC., | } } |
| Defendant. | |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this November 27, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE