FILED
2018 Jan-05  AM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DOSTER CONSTRUCTION COMPANY, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 2:17-cv-00725-RDP |
| **ABM STUCCO, INC.,** | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to a Settlement Agreement between the parties and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, by and through their undersigned counsel, stipulate that this action, including all claims and counterclaims, shall be dismissed with prejudice, with costs taxed as paid.

*/s/ R. Carlton Smyly*
R. Carlton Smyly
Attorney for Doster Construction Company, Inc.

OF COUNSEL:
CABANISS, JOHNSTON, GARDNER,
  DUMAS & O'NEAL LLP
Park Place Tower
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
Telephone:  (205) 716-5200
Facsimile:  (205) 716-5389
E-Mail:  rcs@cabaniss.com

{B1017312.1}

                                                 */s/ David G. Wanhatalo*  
                                                 David G. Wanhatalo  
                                                 Attorney for ABM Stucco, Inc.

OF COUNSEL:  
BURR & FORMAN LLP  
420 North 20th Street, Suite 3400  
Birmingham, Alabama 35203  
Telephone: (205) 251-3000  
Facsimile: (205) 244-5750  
E-mail: dwanhatalo@burr.com