UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOSTER CONSTRUCTION COMPANY INC.,** }<br>}<br>Plaintiff, }<br>}<br>v. }<br>}<br>**ABM STUCCO INC.,** }<br>}<br>Defendant. | Case No.: 2:17-cv-00725-RDP |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (Doc. # 22), filed January 5, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this January 5, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE